AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
03/03/2023
**Clerk, U.S. District Court**
**Western District of Texas**

by: Y. Lujan
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:23-M -00085(1) |
| | § | |
| (1) Bartolo Baltazar-Lorenzo | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 27, 2023** in **Culberson** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, BALTAZAR-LORENZO, BARTOLO attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title _____**8**_____ United States Code, Section(s) _____**1326(a)**_____

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Bartolo BALTAZAR-Lorenzo, was arrested by VAN HORN Border Patrol Agents, on February 27, 2023, for being an illegal alien*

**Continued on the attached sheet and made a part of hereof.**

/s/ Edzavier Reese
Signature of Complainant
Border Patrol Agent

March 03, 2023
Date

at   PECOS, Texas
City and State

Complaint sworn to telephonically and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:23-M -00085(1)

WESTERN DISTRICT OF TEXAS

(1) Bartolo Baltazar-Lorenzo

FACTS   (CONTINUED)

present in the United States.  Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on July 11, 2018 through MIAMI, FL.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Guatemala.


IMMIGRATION HISTORY:
BALTAZAR-LORENZO, BARTOLO has been deported 1 time being to GUATEMALA on July 11, 2018, through MIAMI, FL

CRIMINAL HISTORY:
NONE